## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JULIE SU, ACTING SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>EL TORO LOCO LEGENDS, LLC, et al.,<br><br>Defendants. | Case No. 23-2115-JAR-RES |

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Julie Su, the Acting Secretary of Labor of the United States Department of Labor, and Defendants El Toro Loco Legends, LLC, El Toro Loco Lenexa, LLC, Alfonso Herrera Hernandez, Eugenio Yanez, and Yareli Perez (collectively "Defendants"), by and through their undersigned counsel, hereby provide notice that Plaintiff and Defendants have reached a settlement in principle in the above-captioned case. Plaintiff and Defendants are finalizing the necessary settlement documents. Defendants request until June 11, 2024 to collect signatures on the settlement documents. The Parties request a stay of all pre-trial deadlines until June 17, 2024.

Respectfully submitted,

OFFICE OF THE SOLICITOR

| | |
|---|---|
| Seema Nanda<br>Solicitor of Labor<br><br>Christine Z. Heri<br>Regional Solicitor | By: s/ David Alegria<br>David Alegria<br>Attorney at Law<br>5895 S.W. 29th Street<br>Topeka, Kansas 66614 |

|  |  |
|---|---|
| Evert H. Van Wijk<br>Associate Regional Solicitor | Telephone: (785) 783-7065<br>davidalegria@cox.net<br><br>***Attorney for Defendants*** |

s/ Laura M. O'Reilly
Laura M. O'Reilly
KS Bar #25856
Senior Trial Attorney

s/ Elaine M. Smith
Elaine M. Smith
Jeffrey Mendoza
Trial Attorney
Mo Bar # 69352, *admitted pro hac vice*
Mo Bar # 69233, *admitted pro hac vice*

2300 Main Street, Suite 10100
Kansas City, MO  64108
(816) 285-7262
(816) 285-7287 (fax)

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2024, I electronically filed the foregoing with the Clerk of the Court CM/ECF system, which sent notification of such filing to the party listed below:

David O. Alegria
Attorney At Law
5895 S.W. 29th Street
Topeka, Kansas 66614
davidalegria@cox.net

Attorneys for Defendants

s/ Elaine M. Smith
Elaine M. Smith