## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JULIE SU, ACTING SECRETARY OF
LABOR, U.S. DEPARTMENT OF
LABOR,

        Plaintiff,

        v.

EL TORO LOCO LEGENDS, LLC, et al.,

        Defendants.

Case No. 23-2115-JAR-RES

## **MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Julie Su, the Acting Secretary of Labor of the United States Department of Labor, hereby move this Court for entry of the proposed Consent Order and Judgment against and Defendants El Toro Loco Legends, LLC, El Toro Loco Lenexa, LLC, Alfonso Herrera Hernandez, Eugenio Yanez, and Yareli Perez (collectively "Defendants").

In support of this Motion, the parties have jointly consented to the entry of this Judgment. Plaintiff will forward a copy of the proposed Order and Judgment, with Defendants' signatures indicating their consent, to the Court concurrently with this filing.

WHEREFORE, Defendants having consented to the entry of Judgment against them, Plaintiff respectfully requests that this Court enter the proposed Consent Order and Judgment submitted concurrently with this Motion.

Respectfully submitted,


OFFICE OF THE SOLICITOR

Seema Nanda
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

Evert H. Van Wijk
Associate Regional Solicitor

s/ Laura M. O'Reilly
Laura M. O'Reilly
KS Bar #25856
Senior Trial Attorney

s/ Elaine M. Smith
Elaine M. Smith
Jeffrey Mendoza
Trial Attorney
Mo Bar # 69352, *admitted pro hac vice*
Mo Bar # 69233, *admitted pro hac vice*

2300 Main Street, Suite 10100
Kansas City, MO  64108
(816) 285-7262
(816) 285-7287 (fax)

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2024, I electronically filed the foregoing

*MOTION FOR ENTRY OF CONSENT JUDGMENT* with the Clerk of the Court CM/ECF system,

which sent notification of such filing to the party listed below:

David O. Alegria
Attorney At Law
5895 S.W. 29th Street
Topeka, Kansas 66614
davidalegria@cox.net

Attorneys for Defendants

s/ Elaine M. Smith
Elaine M. Smith